AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.

KACY LEE SATTERFIELD

*Defendant*

Case No. 1:24cr00021

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kacy Lee Satterfield, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One - Prohibited Person in Possession of Firearm in violation of 18 USC 922(g)(1 ), 924(a)(8)
Count Two - Drug Trafficking in violation of 21 USC 841(a), 841(b)(1)(B)

Date: 07/09/2024

Robin Bordwine
*Issuing officer's signature*

City and state: Abingdon, Virginia

for Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*