**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No: 1:24-cr-00021** |
| | : | |
| **KACY LEE SATTERFIELD** | : | |

# AGREED STATEMENT OF FACTS SUFFICIENT TO ESTABLISH A FACTUAL BASIS FOR A PLEA OF GUILTY AS TO KACY LEE SATTERFIELD

This Agreed Statement of Facts Sufficient to Establish a Factual Basis for a Plea of Guilty ("Agreed Statement of Facts") briefly summarizes sufficient facts and circumstances surrounding the criminal conduct of Kacy Lee Satterfield in this case to establish a factual basis for a plea of guilty. It does not contain all the information obtained during the investigation or all the information applicable to an accurate Presentence Investigation Report or a Sentencing Guidelines calculation. This Agreed Statement of Facts is not protected by proffer agreement or any other agreement, and it shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

In or about December 2023, in the Western District of Virginia, Satterfield knowingly possessed a Glock 43X 9mm pistol, a Springfield Armory XDE-9 9mm pistol, an American Tactical Omni Hybrid multi-caliber rifle, and assorted ammunition. These firearms and ammunition traveled in and affected interstate

and/or foreign commerce. At the time Satterfield possessed these firearms and ammunition, Satterfield knew he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, including a previous conviction out of the Eastern District of Tennessee for being a prohibited person in possession of a firearm. Satterfield had various other prior convictions, including a conviction for violating Virginia Code 18.2-474.1 (Delivery of Drugs/Synthetic Drugs to Prisoner) and a conviction for violating Virginia Code 18.2-248 (Manufacturing, selling, giving, distributing, or possessing with intent to manufacture, sell, give, or distribute a controlled substance).

Law enforcement located the above-described firearms and ammunition at Satterfield's residence in Coeburn, Virginia, which is located in the Western District of Virginia. The Glock 43X 9mm pistol and Springfield Armory XDE-9 9mm pistol were stolen firearms.

On December 28, 2023, Satterfield was involved in a police pursuit in Wise and Scott counties in Virginia, which are both located in the Western District of Virginia. Before and during the pursuit, Satterfield possessed, among other items, approximately 19 grams of methamphetamine (actual), a Schedule II controlled substance, a distribution quantity of methamphetamine which Satterfield intended to distribute.

At all times relevant to the Indictment, Satterfield was on federal supervised release.

This is not all the government's evidence, but it establishes the elements of the charge to which Satterfield is pleading guilty.

By signing below, Satterfield affirms that he has reviewed this Agreed Statement of Facts with his attorney, and that he agrees it is true and accurate. He further agrees that, had this matter proceeded to trial, the government would have proven the facts outlined above beyond a reasonable doubt.

1-13-25
Date

Kacy Lee Satterfield Miller
Defendant

1-13-25
Date

John Jessee, Esq.
Attorney for Defendant

1/27/2025
Date

Carrie Macon
Assistant United States Attorney