CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September, 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/ KELLY BROWN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-CR-00021 |
| | ) | |
| KACY LEE SATTERFIELD | ) | |

**SENTENCING HEARING ORDER**

This matter is set for sentencing on November 6, 2025 at 10:00am.

In connection with the sentencing hearing, it is ORDERED as follows:

1. No later than seven (7) days before sentencing, the prosecution and defense shall prepare and file a sentencing memorandum addressing sentencing considerations appropriate to the case. Each memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a). No response memoranda are required, but any party filing a response must do so by the earlier of seven (7) days after service of the sentencing memorandum or not less than two (2) days before sentencing.

2. If either party wishes to present evidence at sentencing, they are to submit an exhibit and witness list at the same time as the sentencing memorandum, no later than seven (7) days before sentencing.

Enter: September 8, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge